IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CRAIG SPENCER and YVONNE SPENCER,

Plaintiffs,

vs.

API CONSTRUCTION CO.,

Defendant.

Case No. 12-cv-1053-JPG-PMF

**JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:**  May 29, 2013

NANCY J. ROSENSTENGEL, Clerk of Court

s/Deborah Agans, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**